P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
PAMELA B. BUMATAY, ESQ.  BAR#: 244722
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant,
IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., | CASE NO.: C09-04060 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURES**  ; ORDER |
| v. | |
| IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE, | **JURY TRIAL DEMANDED** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that DEFENDANT'S INITIAL DISCLOSURES shall be made to Plaintiff by or before March 5, 2010.

Such a continuance would have no effect on the scheduling of further matters in this case.

DATED: February _10_, 2010          CLAPP, MORONEY, BELLAGAMBA
                                     and VUCINICH


By: _____
    P. CHRISTIAN SCHELEY
    Attorney for Defendant,
    IZT MORTGAGE d/b/a/ AMERITECH
    MORTGAGE

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO MAKE INITIAL DISCLOSURES
CASE NO.: C09-04060 EMC

1   DATED: February 10 , 2010          REILLY POZNER, LLP

2

3                                      By: _____
4                                          MARK T. BAILEY
                                           *Pro Hac Vice*
5                                          Attorney for Plaintiff,
                                           LEHMAN BROTHERS HOLDING, INC.
6

7

8   IT IS SO ORDERED                   By: _____
                                           FEDERAL COURT MAGISTRATE JUDGE
9

10                                          IT IS SO ORDERED
11                                          Judge Edward M. Chen
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## LEHMAN BROTHERS HOLDINGS, INC. v. IZT MORTGAGE d/b/a/ AMERITECH MORTGAGE

United States District Court, Northern District of California Case No. C09-04060

## PROOF OF SERVICE - Civil
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ **By Personal Service**   ☐ **By Mail**   ☐ **By Overnight Delivery**
☐ **By Messenger Service**   ☐ **By Facsimile**   ▣ **By E-Mail/Electronic Transmission**
☐ **By Certified Mail/Return Receipt Request**   **(CM/ECF - USDC)**

1.   I am a citizen of the United States and am employed in the County of San Mateo, State of California.  I am over the age of 18 years and not a party to the within action.

2.   My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3.   On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

### STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURE

4.   I served the document on the persons below, as follows:

| | |
|---|---|
| Michael A. Rollin, Esq.<br>REILLY POZNER, LLP<br>10833 Wilshire Boulevard, Unite 604<br>Los Angeles, California 90024<br>Tel: (310) 425-0922<br>Fax: (310) 983-6110<br>E-mail: mrolling@rplaw.com<br><br>*__Attys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.__* | Mark T. Bailey (*Pro Hac Vice* )<br>REILLY POZNER, LLP<br>511Sixteenth Street, Suite 700<br>Denver, Colorado 80202<br>Tel:  (303) 893-6100<br>E-mail: mbailey@rplaw.com<br><br>*__Attys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.__* |

5.   The documents were served by the following means (specify):

▣   **BY ELECTRONIC TRANSMISSION (CM/ECF SYSTEM):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission (**CM/ECF - USDC**), I caused the documents to be sent to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   **BY ELECTRONIC MAIL.**   On the below date prior to **5:00 p.m. PS T**, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error.  A true and correct copy of the electronic

transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

■ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2010 in San Bruno, California.

/s/

*Pilar Marquez*

**Proof of Service - Civil**
**[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]**

G:\Data\DOCS\0073\04144\POS-USDC (Stip-XtndTime-InitialDisclsr).wpd
**PROOF OF SERVICE RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURE**                                                        **CASE NO:C09-04060EMC**