P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
PAMELA B. BUMATAY, ESQ.  BAR#: 244722
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant,
IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., <br><br>Plaintiff, <br><br>v. <br><br>IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE, <br><br>Defendant. | CASE NO.: C09-04060 EMC <br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURES** ; ORDER <br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that DEFENDANT'S INITIAL DISCLOSURES shall be made to Plaintiff by or before March 5, 2010.

Such a continuance would have no effect on the scheduling of further matters in this case.

DATED: February 10, 2010        CLAPP, MORONEY, BELLAGAMBA
                                and VUCINICH

                                By: _____
                                    P. CHRISTIAN SCHELEY
                                    Attorney for Defendant,
                                    IZT MORTGAGE d/b/a/ AMERITECH
                                    MORTGAGE

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO MAKE INITIAL DISCLOSURES
CASE NO.: C09-04060 EMC

G:\Data\DOCS\0073\04144\Stipulation-InitialDisclosures.wpd

DATED: February 10, 2010          REILLY POZNER, LLP

By: _____
   MARK T. BAILEY
   *Pro Hac Vice*
   Attorney for Plaintiff,
   LEHMAN BROTHERS HOLDING, INC.

IT IS SO ORDERED              By: _____
                                 FEDERAL COURT MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

**LEHMAN BROTHERS HOLDINGS, INC. v. IZT MORTGAGE d/b/a/ AMERITECH MORTGAGE**

United States District Court, Northern District of California Case No. C09-04060

**PROOF OF SERVICE - Civil**

[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ By Personal Service ☐ By Mail ☐ By Overnight Delivery
☐ By Messenger Service ☐ By Facsimile ■ By E-Mail/Electronic Transmission
☐ By Certified Mail/Return Receipt Request (CM/ECF - USDC)

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURE**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| Michael A. Rollin, Esq.<br>REILLY POZNER, LLP<br>10833 Wilshire Boulevard, Unite 604<br>Los Angeles, California 90024<br>Tel: (310) 425-0922<br>Fax: (310) 983-6110<br>E-mail: mrolling@rplaw.com<br><br>*Attys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.* | Mark T. Bailey (*Pro Hac Vice*)<br>REILLY POZNER, LLP<br>511 Sixteenth Street, Suite 700<br>Denver, Colorado 80202<br>Tel: (303) 893-6100<br>E-mail: mbailey@rplaw.com<br><br>*Attys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.* |

5. The documents were served by the following means (specify):

■ **BY ELECTRONIC TRANSMISSION (CM/ECF SYSTEM):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission (**CM/ECF - USDC**), I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC MAIL.** On the below date prior to **5:00 p.m. PST**, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic

---

G:\Data\DOCS\0073\04144\POS-USDC (Stip-XtndTime-InitialDisclsr).wpd

**PROOF OF SERVICE RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURE**
**CASE NO:C09-04060EMC**

transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

☒ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2010 in San Bruno, California.

/s/
*Pilar Marquez*

Proof of Service - Civil
[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]

G:\Data\DOCS\0073\04144\POS-USDC (Stip-XtndTime-InitialDisclsr).wpd
**PROOF OF SERVICE RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MAKE INITIAL DISCLOSURE**
CASE NO:C09-04060EMC