P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
PAMELA B. BUMATAY, ESQ.  BAR#: 244722
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant,
IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE, <br><br> Defendant. | CASE NO.:  C09-04060 EMC <br><br> **STIPULATION AND ORDER TO CONTINUE TIME TO COMPLETE MEDIATION  ; ORDER** <br><br> **JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the deadline to complete mediation in this matter be continued until October 29, 2010.

On January 8, 2010, the Court issued its Case Management and Pretrial Order in this matter. It was ordered that mediation be completed by May 14, 2010.  After a change in mediators, it was then stipulated and ordered that mediation be completed by August 20, 2010.

Although mediation in this matter was previously scheduled, due to an unforseen and unexpected personal matter by those who had settling authority on behalf of Defendant, Defendant communicated that they were unable to attend the mediation.  Daniel Bowling, the appointed mediator, decided to cancel mediation.

STIPULATION AND ORDER TO CONTINUE TIME
TO COMPLETE MEDIATION
CASE NO.:  C09-04060 EMC

G:\Data\DOCS\0073\04144\Stipulation-ExtendMediation.2.wpd

1      After further consultation with Mr. Bowling, and after discussion with counsel, it was

2 recommended that the mediation deadline be continued. The parties have consulted with each other,

3 and have agreed that **Mediation will be scheduled for October 14, 2010**, and that **Mediation in this**

4 **matter will be completed by October 29, 2010**.

5      The parties do not intend to extend or disrupt any other deadlines already ordered by the court.

6 Therefore, such a continuance would have no known effect on the scheduling of further matters in this

7 case.

8      This stipulation is accompanied by Pamela B. Bumatay's declaration setting forth with

9 particularity, the reasons for the requested continuance, all previous time modifications in the case,

10 and the effect of the requested time modification on the schedule of the case.

11

12 DATED: August ___, 2010       CLAPP, MORONEY, BELLAGAMBA
                     and VUCINICH

13

14                              By: _____

15                                  PAMELA B. BUMATAY
                               Attorney for Defendant,

16                                IZT MORTGAGE d/b/a/ AMERITECH
                               MORTGAGE

17

18 DATED: August ___, 2010       REILLY POZNER, LLP

19

20                              By: _____

21                                  MICHAEL A. ROLLIN
                               Attorney for Plaintiff,

22                                LEHMAN BROTHERS HOLDING, INC.

23

24 **ORDER:**

25 Mediation in this matter must be completed by October 29, 2010.

26

27 IT IS SO ORDERED            By: _____
                                   FEDERAL COURT MAGISTRATE JUDGE

28                                    CHEN

STIPULATION AND ORDER TO CONTINUE TIME
TO COMPLETE MEDIATION
CASE NO.: C09-04060 EMC            2            G:\Data\DOCS\0073\04144\Stipul
ation-ExtendMediation.2.wpd

1   After further consultation with Mr. Bowling, and after discussion with counsel, it was

2   recommended that the mediation deadline be continued. The parties have consulted with each other,

3   and have agreed that **Mediation will be scheduled for October 14, 2010, and that Mediation in this**

4   **matter will be completed by October 29, 2010.**

5   The parties do not intend to extend or disrupt any other deadlines already ordered by the court.

6   Therefore, such a continuance would have no known effect on the scheduling of further matters in this

7   case.

8   This stipulation is accompanied by Pamela B. Bumatay's declaration setting forth with

9   particularity, the reasons for the requested continuance, all previous time modifications in the case,

10  and the effect of the requested time modification on the schedule of the case.

11
12  DATED: August _____, 2010                 CLAPP, MORONEY, BELLAGAMBA
                                                 and VUCINICH

13

14                                           By: _____
15                                               PAMELA B. BUMATAY
                                                 Attorney for Defendant,
16                                               IZT MORTGAGE d/b/a/ AMERITECH
                                                 MORTGAGE

17

18  DATED: August 20th, 2010                  REILLY POZNER, LLP

19

20                                           By: _____
21                                               MICHAEL A. ROLLIN
                                                 Attorney for Plaintiff,
22                                               LEHMAN BROTHERS HOLDING, INC.

23  **ORDER:**

24
25  Mediation in this matter must be completed by October 29, 2010.

26
27  IT IS SO ORDERED                          By: _____
                                                 FEDERAL CO
                                                 CHEN

28

STIPULATION AND ORDER TO CONTINUE TIME
TO COMPLETE MEDIATION
CASE NO.: C09-04060 EMC                           2

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OCS\0073\04144\Stipul
tion-ExtendMediation.2.wpd

1  P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
   PAMELA B. BUMATAY, ESQ.  BAR#: 244722
2  CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
   BEEMAN & SCHELEY
3  A PROFESSIONAL CORPORATION
   1111 Bayhill Drive, Suite 300
4  San Bruno, CA  94066
   (650) 989-5400  (650) 989-5499 FAX
5
   Attorneys for Defendant,
6  IZT MORTGAGE, INC. d/b/a/ AMERITECH MORTGAGE
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN  DISTRICT OF CALIFORNIA

10

11

12  LEHMAN BROTHERS HOLDING, INC.,          CASE NO.:  C09-04060 EMC

13          Plaintiff,                       **DECLARATION OF PAMELA B.**
                                             **BUMATAY IN SUPPORT OF**
14  v.                                       **STIPULATION AND ORDER TO**
                                             **CONTINUE TIME TO COMPLETE**
15  IZT MORTGAGE, INC. d/b/a/                **MEDIATION**
    AMERITECH MORTGAGE,
16
            Defendant.                       **JURY TRIAL DEMANDED**
17

18

19          I , PAMELA B. BUMATAY, declare as follows:

20          1.      I am an attorney duly licensed to practice law in the State of California and am a

21  Associate of Clapp, Moroney, Bellagamba, Vucinich, Beeman & Scheley. I have personal knowledge

22  of the facts contained in this declaration, and if called as a witness, I could and would competently

23  testify to such facts. The facts set forth in this declaration are true to my knowledge, except those facts

24  which are herein stated upon information or belief and to those facts, I believe them to be true.

25          2.      On January 8, 2010, the Court issued its Case Management and Pretrial Order in this

26  matter.  It was ordered that mediation be completed by May 14, 2010.  After a change in mediators,

27  it was then stipulated and ordered that mediation be completed by August 20, 2010.

28  **DECLARATION OF PAMELA B. BUMATAY IN**
    **SUPPORT OF STIPULATION AND ORDER TO**
    **CONTINUE TIME TO COMPLETE MEDIATION**
    **CASE NO.:  C09-04060 EMC**

G:\Data\DOCS\0073\04144\Dec-PB
B-ExtendMediation.2.wpd

3.      Although mediation in this matter was previously scheduled, due to an unforseen and unexpected personal matter by those who had settling authority on behalf of Defendant, Defendant communicated that they were unable to attend the mediation.   Daniel Bowling, the appointed mediator, decided to cancel mediation.

4.      After further consultation with Mr. Bowling, and after discussion with counsel, it was recommended that the mediation deadline be continued.  The parties have consulted with each other, and have agreed that **Mediation will be scheduled for October 14, 2010**, and that **Mediation in this matter will be completed by October 29, 2010**.

5.      The parties do not intend to extend or disrupt any other deadlines already ordered by the court. Therefore, such a continuance would have no known effect on the scheduling of further matters in this case.

6.      Parties have previously stipulated for an extension of time for Defendants to file an answer to Plaintiff's complaint, to a continuance of the initial case management conference, for Defendants to make initial disclosures, and, as previously mentioned, to extend the mediation deadline after there was a change in mediators.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and based upon my own personal knowledge. If called as a witness I could and would competently testify thereto.

Executed this 20th day of August, 2010, in San Bruno, California.

_____
Pamela B. Bumatay, Declarant
CLAPP,  MORONEY,  BELLAGAMBA,
VUCINICH, BEEMAN & SCHELEY

**DECLARATION OF PAMELA B. BUMATAY IN
SUPPORT OF STIPULATION AND ORDER TO
CONTINUE TIME TO COMPLETE MEDIATION
CASE NO.: C09-04060 EMC**                    2

<u>**LEHMAN BROTHERS HOLDINGS, INC. v. IZT MORTGAGE d/b/a/**</u>
**AMERITECH MORTGAGE**
United States District Court, Northern District of California Case No. C09-04060

<u>**PROOF OF SERVICE - Civil**</u>
*[Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5]*

**METHOD OF SERVICE:**

☐ **By Personal Service**    ☐ **By Mail**    ☐ **By Overnight Delivery**
☐ **By Messenger Service**    ☐ **By Facsimile**    ☒ **By E-Mail / Electronic Transmission**
☐ **By Certified Mail/Return Receipt Request**    **(CM/ECF - USDC)**

1.    I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2.    My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3.    On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**STIPULATION AND ORDER TO CONTINUE TIME
TO COMPLETE MEDIATION**

4.    I served the document on the persons below, as follows:

Michael A. Rollin, Esq.
REILLY POZNER, LLP
515 South Flower Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 236-3576   Fax: (213) 236-3570
E-mail: mrollin@rplaw.com
*__Attys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.__*

5.    The documents were served by the following means (specify):

☒    **BY ELECTRONIC TRANSMISSION (CM/ECF SYSTEM):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission (**CM/ECF - USDC**), I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **BY ELECTRONIC MAIL.** On the below date prior to **5:00 p.m. PST**, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

///

G:\Data\DOCS\0073\04144\POS-USDC (stip-extend-medhrg).wpd
**PROOF OF SERVICE RE STIPULATION AND ORDER TO CONTINUE TIME TO COMPLETE MEDIATION**      **CASE NO: C09-04060EMC**

☒  **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2010 at San Bruno, California.

_____ /S/ _____
*Pilar Marquez*

**PROOF OF SERVICE RE STIPULATION AND ORDER TO CONTINUE TIME TO COMPLETE MEDIATION**

CASE NO:C09-04060EMC