REILLY POZNER LLP
Michael A. Rollin, Esq. (SBN 251557)
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone:  (310) 425-0922
Facsimile:   (303) 893-6110
Email:  mrollin@rplaw.com

REILLY POZNER LLP
Michael A. Rollin (SBN 251557)
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:     (303) 893-6100
Facsimile:       (303) 893-6110
Email:  mrollin@rplaw.com

Attorneys for Plaintiff Lehman Brothers Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br><br> IZT MORTGAGE d/b/a/ AMERITECH MORTGAGE, <br><br> Defendant. | CASE NO.:  3:09-CV-04060-EMZ <br><br> **PLAINTIFF'S STATUS CONFERENCE STATEMENT** <br> ORDER RESETTING STATUS <br> Date: September 29, 2010 <br> Time: 2:30 p.m. <br> Ctrm: C, 15th Floor |

- 1 -
PLAINTIFF'S STATUS CONFERENCE STATEMENT

464531

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI") hereby submits this Status Conference Statement.

**1.   Discovery**

The non-expert discovery deadline is September 13, 2010.  Discovery is complete.

**2.   Mediation**

The mediation deadline is October 29, 2010.  Mediation is scheduled for October 14, 2010.

**3.   Trial Scheduling**

Trial scheduled for February 2, 2011.  Plaintiff will be prepared to proceed as scheduled.

DATED:  September 21, 2010

REILLY POZNER LLP

By  *s/Michael A. Rollin*
Michael A. Rollin, Esq.,

Attorneys for Plaintiff,
Lehman Brothers Holdings Inc.

WITH PARTIES' STIPULATION, IT IS SO ORDERED THAT the status conference is reset from 9/29/10 at 2:30 p.m. to 10/27/10 at 2:30 p.m. An updated joint status report shall be filed by 10/20/10.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

464531

# PROOF OF SERVICE

## STATE OF COLORADO, COUNTY OF DENVER:

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is **511 Sixteenth Street, Ste. 700, Denver, Colorado 80202.**

On the below date, I served a copy of Plaintiff's Status Conference Statement on the interested parties in this action as evidenced below:

**P. Christian Scheley, Esq.**
**Pamela B. Bumatay, Esq.**
**Clapp Moroney Bellagamba & Vucinich**
**1111 Bayhill Drive. #300**
**San Bruno, CA. 94066**

☐ **(BY MAIL)**
☐ I deposited such envelope in the mail at Denver, Colorado. The envelope was mailed with postage thereon fully prepaid.
☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Denver, Colorado, in the ordinary course of such business.

X **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2010, at Denver, Colorado.

_____
Ann Romanelli