UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEHMAN BROTHERS HOLDING, INC.         No. C-09-4060 EMC

         Plaintiff,

                         **ORDER TO SHOW CAUSE**

     v.

IZT MORTGAGE, INC. dba Ameritech
Mortgage,

         Defendant.

_____/

This matter came on for a status hearing on January 21, 2011. Michael Rollin appeared for Plaintiff. Defendant did not appear. Pursuant to this Court's November 2, 2010 order, Defendant was ordered to obtain new counsel by December 31, 2010, and a status conference was set for January 21, 2011 at 2:30 p.m. Defendant's prior counsel served a copy of said order upon defendant's principals Zoran and Irina Trajanovich on November 2, 2010. As of this date, appearance has not been made by defendant nor any new counsel representing it. Defendant was aware of the status conference but did not appear.

IT IS, THEREFORE, ORDERED:

Defendant shall appear on **February 23, 2011 at 2:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, to show cause why default should not be entered against defendant. As a corporation, defendant can only be represented by counsel. Should Defendant obtain representation by counsel

//

//

on or before the order to show cause hearing herein, said counsel shall file a notice of appearance immediately.

The Court suggests that Defendant contact the Legal Help Center located in the federal courthouse (flyer enclosed) for advice.

IT IS SO ORDERED.

Dated:   January 21, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**Do you need help representing yourself in a federal court case?**

*vlsp* | VOLUNTEER LEGAL SERVICES PROGRAM
*of The Bar Association of San Francisco*

# Legal Help Center

### 450 Golden Gate Avenue, 15th Floor, Room 2796
### San Francisco, CA  94102

If you are representing yourself (or are thinking about filing a case) in the United States District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center.  **There is no fee for this service.**  The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;

- explanations of court orders and other paperwork;

- answers to your legal questions; and

- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**.  To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you.  We can not provide a translator.

**If you seek help from the Center, you will still represent yourself. The lawyer at the Center can not be your lawyer.**

¿Necesita asistencia jurídica en un tribunal federal caso?

**vlsp** | VOLUNTEER LEGAL SERVICES PROGRAM
of The Bar Association of San Francisco

# Centro de Asistencia Juridíca

**450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA 94102**

Si está usted en representactión (o está pensado comó presentar un caso) Estados Unidos Tribunal de Distrito para el Distrito Norte de California, usted puede hablar con un abogado al Centro de Asistencia Juridíca. **No hay ninguna tarifa por este servicio**. Un abogado puede darle:

- información y ayudarle por entender el tribunal federal de los procesos y procedimientos que usted necesita para seguir;

- explicaciones de las órdenes judiciales y otras trámites;

- respuestas a sus preguntas jurídicas; y

- referencias a las legales apropiadas, sociales, y los servicios.

La ayuda es proporcionada **por cita solamente**. Para hacer una cita, puede inscribirse en la agenda sobre la mesa fuera de la puerta del Centro, situado en el 15th piso de la corte federal en San Francisco, Sala 2796, o llame (415) 782-9000, extensión 8657.

Si usted no habla Inglés o tiene algun dificultad con Inglés, por favor traiga a alguien a su cita que puede traducir para usted. No podemos proporcionar un traductor.

Si usted busca la ayuda del Centro, **usted será su propria representación**. El abogado en el Centro no puede ser su abogado

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

LEHMAN BROTHERS HOLDINGS, INC.,

        Plaintiff,

    v.

IZT MORTGAGE, INC. et al,

        Defendant.

                        /

Case Number: CV09-04060 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

IZT Mortgage, Inc.
c/o Zoran and Irina Trajanovich
2700 Ygnacio Valley Road, Suite 280
Walnut Creek, CA 94598

Dated: January 21, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3