Michael A. Rollin, Esq. (SBN 251557)
Matthew D. Spohn, Esq. (
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: 213-236-3576
Facsimile: 213-236-3570
Email:  mrollin@rplaw.com

REILLY POZNER LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Telephone:     (303) 893-6100
Facsimile:      (303) 893-6110

Attorneys for Plaintiff Lehman Brothers Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>      Plaintiff,<br>v.<br><br>IZT MORTGAGE, INC. D/B/A AMERITECH MORTGAGE,<br><br>      Defendant. | CASE NO. C09-04060 EMC<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**<br> ORDER<br><br>**Date:  May 18, 2011**<br>**Time: 3:00**<br>**Courtroom: C**<br>**Judge:  Hon. Edward M. Chen** |

1  THE UNDERSIGNED, Matthew D. Spohn, Esq., counsel of record for Plaintiff in this matter, hereby requests that the Court allow him to appear telephonically at the hearing on Plaintiff's Motion for Default Judgment scheduled for May 18, 2011 at 3:00 p.m.

The defendant has not opposed the motion for default judgment.  In light of the fact that Plaintiff's counsel must travel from out-of-state to attend the hearing, in the interest of cost-efficiency, Plaintiff counsel requests the opportunity to appear by telephone.

DATED:  May 6, 2011

REILLY POZNER LLP


By /s/ *Matthew D. Spohn*_____
   Matthew D. Spohn

Attorneys for Lehman Brothers Holdings, Inc.

IT IS SO ORDERED.  The Court will call Mr. Spohn between 3:00 and 4:30 p.m.

_____
Edward M. Chen
U.S. Magistrate Judge



- 2 -
PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY

508863

**PROOF OF SERVICE**
**STATE OF COLORADO, COUNTY OF DENVER:**

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is **1900 Sixteenth Street, Ste. 1700, Denver, Colorado 80202.**

On the below date, I served a copy of Plaintiff's Request to Appear Telephonically on the interested parties in this action as evidenced below:

IZT Mortgage, Inc.
c/o Zoran and Irina Trajanovich
2700 Ygnacio Valley Road, Suite 280
Walnut Creek, CA 94598

XX☐ **(BY MAIL)**
☐   I deposited such envelope in the mail at Denver, Colorado.  The envelope was mailed with postage thereon fully prepaid.
X   I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Denver, Colorado, in the ordinary course of such business.

☐**(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐**(BY ELECTRONIC MAIL)**
On the below date prior to 5:00 p.m., PST, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error.  A true and correct copy of the electronic transmission is attached to this declaration.  This method of service was made pursuant to the agreement of counsel.

☐**(BY FACSIMILE)**
On the below date, I transmitted the foregoing document(s) by facsimile sending number.  Pursuant to Rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

☐**(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2011, at Denver, Colorado.

_____/s/ Ann Romanelli_____
Ann Romanelli